

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00155-CR

| | | |
|---|---|---|
| Anthony Robert Safian | § | From the 396th District Court |
| | § | of Tarrant County (1386101D) |
| v. | § | June 14, 2018 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect Anthony Robert Safian's conviction for a state jail felony. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker
        Justice Sue Walker